**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **NUSRETA IBRAHIMOVIC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case number 4:07cv1359 TCM** |
| | ) | |
| **MICHAEL JAROMIN,** | ) | |
| **District Director, USCIS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

This case is before the Court on the motion of Plaintiff to dismiss his case on the grounds that the underlying issue has been resolved. For good cause shown,

**IT IS HEREBY ORDERED** that Plaintiff's motion to withdraw is **GRANTED**. [Doc. 20]

**IT IS FURTHER ORDERED** that this case is DISMISSED.


/s/ Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this 20th of March, 2008.